# EXHIBIT 1

# United States of America
## United States Patent and Trademark Office

# SONNY ANGEL

**Reg. No. 6,663,607**
**Registered Mar. 08, 2022**
**Int. Cl.: 28**
**Trademark**
**Principal Register**

Dreams USA, Inc. (RHODE ISLAND CORPORATION)
2 Charles Street, Suite 3B
Providence, RHODE ISLAND 02904

CLASS 28: PVC toy figures

FIRST USE 1-1-2004; IN COMMERCE 1-1-2004

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The name(s), portrait(s), and/or signature(s) shown in the mark does not identify a particular living individual.

SER. NO. 90-570,106, FILED 03-10-2021





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

