# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
# VA 2-380-715
**Effective Date of Registration:**
January 19, 2024
**Registration Decision Date:**
January 29, 2024

## Title

**Title of Work:** Sonny Angel Toy

## Completion/Publication

**Year of Completion:** 2004
**Date of 1st Publication:** December 31, 2004
**Nation of 1st Publication:** Japan

## Author

- **Author:** Dreams, Inc.
  **Author Created:** sculpture
  **Work made for hire:** Yes
  **Citizen of:** Japan

## Copyright Claimant

**Copyright Claimant:** Dreams USA, Inc.
2 Charles Street, Suite 3B, Providence, RI, 02904, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Dreams USA, Inc.
**Address:** 2 Charles Street
Suite 3B
Providence, RI 02904 United States

## Certification

**Name:** Alexander P. Montgomery