# EXHIBIT 3

# United States of America
## United States Patent and Trademark Office

# SMISKI

**Reg. No. 5,225,371**  
**Registered Jun. 20, 2017**  
**Int. Cl.: 11, 28**  
**Trademark**  
**Principal Register**

KABUSHIKI KAISHA DREAMS also trading as DREAMS INC. (JAPAN CORPORATION)
Takadanobaba21 Bldg. 5F,
39-7, Takadanobaba 4-Chome, Shinjuku-Ku Tokyo 169-0075
JAPAN

CLASS 11: Light bulbs; apparatus for lighting, namely, LED lights for lighting purposes incorporated into small toys

CLASS 28: Toys, namely, action figure toys; toy figures; dolls

The mark consists of the wording "SMISKI" in stylized font.

PRIORITY DATE OF 03-04-2016 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1308860 DATED 04-04-2016, EXPIRES 04-04-2026

SER. NO. 79-191,662, FILED 04-04-2016
JULIE T VEPPUMTHARA, EXAMINING ATTORNEY



Joseph Matal
Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office