# EXHIBIT 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-387-799**

**Effective Date of Registration:**
January 17, 2024
**Registration Decision Date:**
March 25, 2024

## Title
  Title of Work: Smiski Toy

## Completion/Publication
  Year of Completion: 2015
  Date of 1st Publication: August 19, 2015
  Nation of 1st Publication: Japan

## Author
  • Author: Dreams, Inc.
    Author Created: sculpture
    Work made for hire: Yes
    Citizen of: Japan

## Copyright Claimant
  Copyright Claimant: Dreams USA, Inc.
    2 Charles Street, Suite 3B, Providence, RI, 02904, United States
  Transfer statement: By written agreement

## Rights and Permissions
  Organization Name: Dreams USA, Inc.
  Address: 2 Charles Street
    Suite 3B
    Providence, RI 02904 United States

## Certification
  Name: Alexander P. Montgomery

Page 1 of 2

Date:   January 17, 2024

Copyright Office notes:   Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).