# EXHIBIT 5

# United States of America
## United States Patent and Trademark Office

# Hippers

**Reg. No. 7,630,393**

**Registered Dec. 31, 2024**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Dreams USA, Inc. (RHODE ISLAND CORPORATION)
2 Charles St. Unit 3B
Providence, RHODE ISLAND 02904

CLASS 28: Toy action figures and accessories therefor

FIRST USE 8-9-2021; IN COMMERCE 1-7-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 98-229,200, FILED 10-18-2023



Acting Director of the United States Patent and Trademark Office

