United States District Court
Eastern District of New York

---

DREAMS USA, INC.

                              Plaintiff,

-against-

New York Brooklyn Wholesale Center, Inc.; 12 Star Trading LLC;
X-Hong International Group Inc.; ATA Intl Trading, Inc.;
Genesis International Corp.

                              Defendants.

**AFFIDAVIT OF SERVICE**
Civil Action No. 1:26-cv-00371-OEM-CHK
Date Filed 1/23/2026

---

State of New York )
                    ss:
County of Albany )

Edward J. Bowmaker, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on January 30, 2026 at approximately 2:36 PM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law: Summons in a Civil Action with Rider, and Complaint with Exhibits 1 - 5, that the party served was Genesis International Corp., a domestic business corporation, one of the defendants in this action, by personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Daniel Noonan, a white male with brown hair, being approximately 50 years of age; height of 5'10", weight of 160 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                _Edward J. Bowmaker_
                                                Edward J. Bowmaker

Sworn to before me this 30 day of January, 2026

_Meagan E. McGraw_
Meagan E. McGraw
Notary Public — State of New York
Qualified in Albany County
Registration No. 01MC6399665
Commission Expires: 10-28-2027