

## The Law Offices of Fuqiang Zhang PC

275 MADISON AVE 903
NEW YORK NY 10016
T: 646-415-8841
INFONY@LAW-GZ.COM

www.zhanglaws.com

3907 PRINCE ST 4B
FLUSHING NY 11354
T: 718-321-7130
INFO@LAW-GZ.COM

February 19, 2026

**VIA NYSCEF**
Hon. Clay H. Kaminsky
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Dreams USA, Inc. v. New York Brooklyn Wholesale Center, Inc. et al
             Case No. 26-cv-00371

Dear Judge Kaminsky,

    I am an attorney of The Law Offices of Fuqiang Zhang, P.C., the attorneys representing Defendant 12 Star Trading LLC ("12 Star") in the above-referenced case. We submit this application for an enlargement of 12 Star's time to answer that is currently due on February 20, 2026, as follows:

1. We have been retained by 12 Star as of February 18, 2026, and require additional time to review the allegations and prepare a response.
2. This is the first request for an enlargement of time in this matter. No prior requests for adjournment or enlargement have been made, granted, or denied.
3. 12 Star requests that the Court enlarge the time for 12 Star to move, answer, or otherwise respond to the Complaint to March 19, 2026.  Plaintiff consents to 12 Star's request.
4. This requested enlargement does not affect any other scheduled dates or deadlines currently set by the Court.

                                                              Very Truly Yours,

                                                              _____
                                                              Sylvia P. Tsai, Esq.