# KEVIN KERVENG TUNG, P.C.
Attorneys and Counselors at Law

Writer's direct email:
Kevin K. Tung, Esq.
ktung@kktlawfirm.com
Admitted in NY and NJ

Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Fax: (718) 939-4468

www.kktlawfirm.com

February 20, 2026

**VIA NYSCEF**
Hon. Clay H. Kaminsky
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Re:* ***Dreams USA, Inc. v. New York Brooklyn Wholesale Center, Inc. et al.***
*Case No. 1:26-cv-00371*

Dear Hon. Kaminsky:

Please be advised that the undersigned is retained by Defendant New York Brooklyn Wholesale Center, Inc. (the "Defendant") in the above-referenced case. We submit this application for an extension of Defendant's time to answer as follows:

1. We have recently been retained by Defendant and require additional time to review the allegations and prepare a response.
2. This is the first request for an extension of time in this matter. No prior requests for adjournment or extension have been made.
3. Defendant requests that the Court extend the time for Defendant to move, answer, or otherwise respond to the Complaint to March 20, 2026. Counsel for the Plaintiff has consented to this extension request.
4. This requested extension does not affect any other scheduled dates or deadlines currently set by the Court.

Very truly yours,

Kevin K. Tung