# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DREAMS USA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> NEW YORK BROOKLYN WHOLESALE CENTER, INC.; 12 STAR TRADING LLC; X-HONG INTERNATIONAL GROUP INC.; ATA INTL TRADING, INC.; GENESIS INTERNATIONAL CORP., <br><br> Defendants. | C.A. No. 1:26-cv-00371-OEM-CHK |

## NOTICE OF ENTRY OF APPEARANCE

I, Craig M. Scott, hereby entry my appearance in the above-referenced matter as counsel for Plaintiff, Dreams USA, Inc.

Respectfully submitted,

*/s/ Craig M. Scott*
Craig M. Scott (admitted *pro hac vice*)
Hinckley Allen & Snyder, LLP
100 Westminster Street, Suite 1400
Providence, RI 02903
T: 401-274-2000
F: 401-277-9600
*cscott@hinckleyallen.com*

Dated: March 4, 2026

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed through the ECF system on the 4th day of March, 2025, and will be sent electronically to all registered participants identified on the Notice of Electronic Filing.

*/s/ Craig M. Scott*
Craig M. Scott