# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DREAMS USA, INC.,<br><br>        Plaintiff,<br>vs.<br><br>NEW YORK BROOKLYN WHOLESALE CENTER, INC.; 12 STAR TRADING LLC; X-HONG INTERNATIONAL GROUP INC.; ATA INTL TRADING, INC.; GENESIS INTERNATIONAL CORP.,<br><br>        Defendants. | C.A. No. 1:26-cv-00371-OEM-CHK<br><br>**CLERK'S CERTIFICATE OF DEFAULT AS TO X-HONG INTERNATIONAL GROUP INC.; ATA INTL TRADING, INC.; AND GENESIS INTERNATIONAL CORP.** |

     I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the Defendants X-HONG INTERNATIONAL GROUP INC.; ATA INTL TRADING, INC.; and GENESIS INTERNATIONAL CORP. have not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendants X-HONG INTERNATIONAL GROUP INC.; ATA INTL TRADING, INC.; and GENESIS INTERNATIONAL CORP is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York
         March 5, 2026

                                BRENNA B. MAHONEY, Clerk of Court

                                By: *J. Poveda*
                                Deputy Clerk