**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DREAMS USA, INC.,

                          Plaintiff,

-against-

New York Brooklyn Wholesale Center, Inc.;
12 Star Trading LLC; X-Hong International
Group Inc.; ATA Intl Trading, Inc.; Genesis
International Corp.,

                          Defendants.

**Case No. 26-cv-00371**

**DEFENDANT 12 STAR TRADING
LLC'S ANSWER TO
CROSSCLAIMS OF DEFENDANT
NEW YORK BROOKLYN
WHOLESALE CENTER, INC.**

PLEASE TAKE NOTICE that 12 Star Trading LLC (hereinafter as the "Answering Defendant"), by its attorney, The Law Offices of Fuqiang Zhang, P.C., hereby answer the crossclaims of Defendant New York Brooklyn Wholesale Center, Inc. ("NYBWC"), and states upon information and belief as follows:

1. The Answering Defendant denies each and every allegation contained in Defendant NYBWC's first cross claim.

2. The Answering Defendant denies each and every allegation contained in Defendant NYBWC's second cross claim.

3. The Answering Defendant denies each and every allegation contained in Defendant NYBWC's third cross claim.

### AS AND FOR THE FIRST AFFIRMATIVE DEFENSE

### TO DEFENDANT NYBWC'S CROSSCLAIMS

4. NYBWC's cross-claims, in whole or in part, fail to state a claim upon which relief can be granted.

1

**AS AND FOR THE SECOND AFFIRMATIVE DEFENSE**

**TO DEFENDANT NYBWC'S CROSSCLAIMS**

5. The Answering Defendant did not breach the sublease or any applicable covenant as alleged, and any alleged noncompliance was not a material breach.

**AS AND FOR THE THIRD AFFIRMATIVE DEFENSE**

**TO DEFENDANT NYBWC'S CROSSCLAIMS**

6. NYBWC's alleged damages were not caused by any act or omission of the Answering Defendant, and are instead attributable to other causes, including NYBWC's own acts or omissions and/or the acts or omissions of third parties.

**AS AND FOR THE FOURTH AFFIRMATIVE DEFENSE**

**TO DEFENDANT NYBWC'S CROSSCLAIMS**

7. NYBWC cannot recover on its breach-of-contract theory because it cannot prove recoverable damages with the required certainty, and any claimed damages are speculative, remote, or not recoverable as pleaded.

**AS AND FOR THE FIFTH AFFIRMATIVE DEFENSE**

**TO DEFENDANT NYBWC'S CROSSCLAIMS**

8. To the extent NYBWS seeks attorney's fees and litigation expenses as damages for breach of contract, such amounts are not recoverable absent a clear and specific contractual basis.

**AS AND FOR THE SIXTH AFFIRMATIVE DEFENSE**

**TO DEFENDANT NYBWC'S CROSSCLAIMS**

9. Any contractual indemnification is limited to a specific losses, persons, and circumstances clearly covered by the indemnification provision, and NYBWC's claimed losses exceed the scope of any such provision.

## AS AND FOR THE SEVENTH AFFIRMATIVE DEFENSE
## TO DEFENDANT NYBWC'S CROSSCLAIMS

10. NYBWC is not entitled to contractual indemnification to the extent the losses, liabilities, or expenses were caused by NYBWC's own negligence, fault, or wrongful conduct.

## AS AND FOR THE EIGHTH AFFIRMATIVE DEFENSE
## TO DEFENDANT NYBWC'S CROSSCLAIMS

11. NYBWC's contribution claim is barred to the extent that NYBWC and the Answering Defendant are not both subject to liability to the Plaintiff for the same alleged injury, and contribution cannot be sued to shift purely contractual losses.

## AS AND FOR THE NINTH AFFIRMATIVE DEFENSE
## TO DEFENDANT NYBWC'S CROSSCLAIMS

12. NYBWC's recovery, if any, must be reduced to the extent NYBWC failed to mitigate its alleged damages and/or to the extent of any setoff, credits, or other reductions applicable to the amounts claimed.

## AS AND FOR THE TENTH AFFIRMATIVE DEFENSE
## TO DEFENDANT NYBWC'S CROSSCLAIMS

13. The Answering Defendant reserves the right to assert additional defenses and recovery proceeds and additional facts and documents become available.

**WHEREFORE**, the Answering Defendant 12 Star Trading LLC respectfully requests that this Court issues an Order:

a. Dismissing the Crossclaims asserted by Defendant New York Brooklyn Wholesale Center, Inc. in its entirety with prejudice;

b. Awarding Answering Defendant its costs and attorney's fees incurred in defending against Defendant NYBWC's crossclaims; and

c. Granting such other and further relief as this Court deems just and proper.

Dated: March 17, 2026
Flushing, New York

The Law Offices of Fuqiang Zhang, P.C.

By: Sylvia P. Tsai, Attorney at Law
*Attorney for Answering Defendant*
*12 Star Trading LLC*
39-07 Prince Street, Suite 4B
Flushing, NY 11354
Tel: (718)321-7130